In the Matter of the Application of the City of New York Relative to Acquiring Title to Fourteenth Avenue, from West Street to Sixty-fifth Street, etc., Borough of Brooklyn, City of New York.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Frederick C. S. Knowles for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of the Application of James J. Reilly for Admission to the Bar.— Application granted. Present — Jenks,. P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of the Application of J. Edward Simmons and Others, Constituting the Board of Water Supply, etc., to Acquire Real Estate, etc. (Hill View Reservoir, Section No. 1, Parcel No. 5.) — Motion granted in part. Order to direct vacation of the previous order of this court, and restoration of cause to the calendar of this court for hearing on the merits, as directed by the Court of Appeals. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Jacob Levinson, Appellant, v. Abraham Seidenstock and Others, Respondents. — Motion denied, without costs, on condition that the appellant perfect his appeal, place the cause upon the next calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Homer G. Martin, Respondent, v. Henry F. Meistrell, Appellant.— Motion denied, on condition that the appellant pay ten dollars costs within ten days, perfect his appeal, place the cause at the foot of the present calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Agnes Nichtman, an Infant, etc., Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion denied, with costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

James Nugent, Respondent, v. Degnon Contracting Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

John O. Phelps, Plaintiff, v. Israel Kaufman and Another, Defendants. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Kathryne N. Phelps, Plaintiff, v. Israel Kaufman and Another, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.